IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| OLEN GIBSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-0076-CV-W-DW |
| v. | ) | |
| | ) | |
| KANSAS CITY POWER & LIGHT | ) | |
| COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

The Court granted Defendants' request to compel arbitration and stay proceedings in this case (Doc. 15). It appears that all of Plaintiff's claims have now been resolved by binding arbitration. Defendants move to dismiss with prejudice (Doc. 30). Plaintiff responds (Docs. 31-2, 33). After considering the arguments, the Court concludes that dismissal is appropriate. Therefore, the Court hereby

GRANTS Plaintiff's motion for extension of time to respond to Defendants' motion to dismiss (Doc. 31);

DENIES Plaintiff's other motions (Docs. 32, 33);

GRANTS Defendants' motion to dismiss; and

ORDERS that this case is DISMISSED WITH PREJUDICE. The Clerk of Court shall mark this case as closed.

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

Date: December 18, 2006